IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STANLEY WAYNE CODY et al, *

Plaintiffs, *

v. Case No. 5:26-cv-00424-MTT-ALS

*

WALTON COUNTY COMMISSIONERS et al.,

*

Defendants.

*

**J U D G M E N T**

Pursuant to this Court's Order dated November 9, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 9th day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk